UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

PATRICIA GUNNING,

                Plaintiff,

-against-

NEW YORK STATE JUSTICE CENTER
FOR THE PROTECTION OF PEOPLE WITH
SPECIAL NEEDS and JAMES KIYONAGA,
Sued in his individual capacity

                Defendants.

**STIPULATION AND ORDER OF DISMISSAL**

Case No.: 1:19-cv-01446(MAD/CFH)

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-entitled action, and their respective undersigned counsel, that whereas no party hereto is an infant or incompetent person for whom a guardian or committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is, discontinued on the merits with prejudice and without costs to either party as against the other.

The Court shall retain jurisdiction of this case solely to enforce the terms of settlement.

Dated: September  16 , 2024

WATKINS LAW

By: _____
Christopher D. Watkins
Bar Roll No.: 515651
*Attorneys for Plaintiff*
5 Paradies Lane
New Paltz, New York 12561
chris@cdwatkinslaw.com

Dated: September ____, 2024

GIRVIN & FERLAZZO, P.C.

By: _____
Patrick J. Fitzgerald III
Bar Roll No.: 511103
*Attorneys for Defendant*
*New York State Justice Center*
*For The Protection of People*
*With Special Needs*
20 Corporate Woods Blvd.
Albany, New York 12211
spq@girvinlaw.com

Dated: September ____, 2024

O'CONNELL & ARONOWITZ

By: _____
Graig F. Zappia
Bar Roll No.: 513581
*Attorneys for Defendant James Kiyonaga*
54 State Street, 9th Floor
Albany, New York 12207
gzappia@oalaw.com

Dated: _____, 2024

SO ORDERED,

_____
U.S.D.J.

Dated: September 16, 2024

WATKINS LAW

By: _____
Christopher D. Watkins
Bar Roll No.: 515651
*Attorneys for Plaintiff*
5 Paradies Lane
New Paltz, New York 12561
chris@cdwatkinslaw.com

Dated: September ___, 2024

GIRVIN & FERLAZZO, P.C.

By: _____
Patrick J. Fitzgerald III
Bar Roll No.: 511103
*Attorneys for Defendant*
*New York State Justice Center*
*For The Protection of People*
*With Special Needs*
20 Corporate Woods Blvd.
Albany, New York 12211
spq@girvinlaw.com

Dated: September 16, 2024

O'CONNELL & ARONOWITZ

By: _____
Craig F. Zappia
Bar Roll No.: 513581
*Attorneys for Defendant James Kiyonaga*
54 State Street, 9th Floor
Albany, New York 12207
gzappia@oalaw.com

Dated: September 17, 2024

SO ORDERED,

_____
U.S.D.J.